# United States District Court

_____ DISTRICT OF _____

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,
Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

Robert L. McDonald d/b/a Design Wiring,
Defendant

and

Sovereign Bank,
Trustee

CASE NUMBER:

**05 - 11495 PBS**

TO: (Name and address of defendant)

Robert L. McDonald
d/b/a Design Wiring
43 Trull Road
Tewksbury, MA 01876

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anne R. Sills, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

_(signature)_

(BY) DEPUTY CLERK

DATE: JUL 14 2005

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check

☐ S(

☐ L(
 di
 N
 -

☐ R(

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

August 16, 2005

I hereby certify and return that on 8/16/2005 at 10:05AM I served a true and attested copy of the SUMMONS AND COMPLAINT WITH EXHIBITS in this action in the following manner: To wit, by leaving at the last and usual place of abode of ROBERT L. MCDONALD DBA DESIGN WIRING, , 43 TRULL Road Tewksbury, MA 01876 and by mailing 1st class to the above address on 8/16/2005. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($1.50), Postage and Handling ($3.00), Travel ($13.44) Total Charges $47.94

*George A. Hooper*

———————————————
Deputy Sheriff

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                         Signature of Server

                                          _____
                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.