UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                      Civil Action
                                                     No: 05-11495-PBS

Russell F. Sheehan, et al
Plaintiff

v.

Robert L. McDonald d/b/a Design Wiring
Defendant

## NOTICE OF DEFAULT

      Upon application of the plaintiffs for an Order of Default for failure of the defendant, Robert L. McDonald, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant, Robert L. McDonald, has been defaulted on September 12, 2005.

                                                  Sarah Thornton
                                                  Clerk

                                            By: /s/ Robert C. Alba
                                                  Deputy Clerk

Date: September 12, 2005

Notice mailed to counsel of record and defendant(s).