UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                              Civil Action
                                              No: 05-11495-PBS

Russell F. Sheehan, et al
Plaintiff

v.

Robert L. McDonald d/b/a Design Wiring
Defendant

PROCEDURAL ORDER ON DEFAULT

SARIS, D.J.                                                                            September 12, 2005

     On September 12, 2005, a notice of default was issued as to the defendant, Robert L. McDonald, pursuant to Rule 55(b), Fed.R.Civ.P.  If the plaintiff intends to move for judgment by default, it shall do so on or before October 12, 2005.  Plaintiff shall include a proposed form of judgment along with the motion filing.

                                                            By the Court,


                                                       /s/ Robert C. Alba
                                                      Deputy Clerk