UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, Plaintiffs<br><br>vs.<br><br>ROBERT L. MCDONALD d/b/a DESIGN WIRING, Defendant<br><br>and<br><br>SOVEREIGN BANK, Trustee | C.A. No. 05-11495 PBS |

**NOTICE OF DISMISSAL**

Now come the Plaintiffs, Russell F. Sheehan, as he is Administrator, et al, pursuant to

Rule 41(a)(1), Fed.R.Civ.P., to notify the Court that Plaintiffs' claim against defendant Robert L.

McDonald d/b/a Design Wiring is dismissed.

>Respectfully submitted,
>
>RUSSELL F. SHEEHAN, as he is
>ADMINISTRATOR, ELECTRICAL
>WORKERS' HEALTH AND WELFARE
>FUND, LOCAL 103, I.B.E.W., et al,
>
>By their attorneys,
>
>/s/ Gregory A. Geiman
>Anne R. Sills, Esquire
>BBO #546576
>Gregory A. Geiman, Esquire
>BBO #655207
>Segal, Roitman & Coleman
>11 Beacon Street
>Suite #500
>Boston, MA  02108
>(617) 742-0208

Dated:  September 30, 2005

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Dismissal has been served upon the Defendant at 43 Trull Road, Tewksbury, MA  01876 this 30th day of September, 2005.

>/s/ Gregory A. Geiman
>Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3013 99-241/notdism2.doc

2